No. 1189. YEAGER, PRINCIPAL KEEPER, ET AL. v. O'CONNOR. C. A. 3d Cir. Motion of respondent for leave to proceed herein *in forma pauperis* granted. Certiorari denied. *Abel Goldstein* for petitioners. ▮▮

No. 1253. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Roberts H. Brown* and *Knox M. McMillan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1267. NEWSPAPER DRIVERS & HANDLERS LOCAL UNION NO. 372, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, INC. v. DETROIT NEWSPAPER PUBLISHERS ASSN. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *David Previant* and *David L. Uelmen* for petitioner. *Philip T. Van Zile II* and *Daniel J. Tindall, Jr.,* for Detroit Newspaper Publishers Assn., and *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for National Labor Relations Board, respondents. ▮▮

No. 564, Misc. IN RE WOODY. C. A. 9th Cir. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Thomas M. Tuggle,* Assistant Attorney General, in opposition.

No. 1248, Misc. DIPAOLO v. YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied. ▮▮